IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FREIGHTQUOTE.COM, INC, <br><br> Plaintiff, <br><br> v. <br><br> FREIGHT & SHIPPING, INC. and UNIVERSAL FREIGHT ORGANISATION LIMITED, <br><br> Defendant. | Civil Action No. 1:08-cv-05249 <br><br> Judge Guzman <br> Magistrate-Judge Nolan |

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT on Tuesday, October 28, 2008 at 9:30 a.m., Plaintiff will appear before the Honorable Judge Ronald A. Guzman in Courtroom 1219 and present Plaintiff's Motion for Entry of Default submitted herewith.

Respectfully submitted,

  /s/ Raymond P. Niro, Jr.
Raymond P. Niro, Jr.
Dina M. Hayes
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, Illinois 60602 4515
Phone: (312) 236 0733
Facsimile: (312) 236 3137
rnirojr@nshn.com; hayes@nshn.com

Attorneys for Freightquote.com, Inc.

2

## CERTIFICATE OF SERVICE

      I hereby certify that on October 21, 2008, I caused the foregoing NOTICE OF MOTION to be electronically filed with the Clerk of the Court using the CM/ECF system, and that a copy was served upon Defendant as follows:

*Federal Express and Facsimile:*

Freight & Shipping, Inc.
4890 122nd Ave. N, Suite 3
Clearwater, Florida 33762
Fax: (727) 230-8020
Attn:  Eric Masters, Vice President
       Operations Manager
       or other authorized representative

                                    /s/ Raymond P. Niro, Jr.
                                    Attorney for Plaintiff